**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

WILLIAM JOE ROBINSON, JR.,

     Petitioner,

v.                         Case No. 3:12cv283/MCR/EMT

MICHAEL D. CREWS,

     Respondent.

_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 10, 2013.  (Doc. 28).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     Respondent's motion to dismiss (doc. 20) is **GRANTED**.

     3.     The petition for writ of habeas corpus (doc. 1) is **DISMISSED with prejudice** as untimely.

     4.     A certificate of appealability is **DENIED**.

     **DONE AND ORDERED** this 9th day of August, 2013.

                              s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**